In the United States District Court
For the Southern District of Illinois

David Norington
Plaintiff;
-v-

Illinois Department of Corrections
Director, S.A. Godines, Then, Warden David A. Rednour, Lieutenant Scott, C/O M.J. Schnicker, C/O Langston, C/O S. Bethel, C/O N. Maue, C/O Ross, C/O John Doe Lieutenant, M.A. Mifflin.
Defendants: Et. al.

Civil Action No# 3:12-CV-00807-GPM

Jury Trial Demanded.

SCANNED AT MENARD and E-mailed
8-25-12   by   BB   12 pages
date       initials   No.

## Amended Complaint

This complaint is filed under the Civil Rights Act, Title 42 Section 1983 U.S. Code./Federal Rule of Civil Procedure 15(a). This complaint is being brought against the named Defendants in their Individual Capacities, and in their Official Capacities.

Jurisdiction:
1) a. Plaintiff: David Norington.
   b. Register Number: B04938.
   c. Place of Confindment: Menard Correctional Center.
   d. Mailing address: P.O. Box 1000 Menard, IL 62259

1) a. Defendant: S.A. Godines
   b. Title: Director, of I.D.O.C, at the time the Incident Occured.
   c. Employed by: I.D.O.C, at the time the Incident Occured.
   d. Mailing address: 1301 Concordia Court, P.O. Box 19277 Springfield IL 62794-9277

2) a. Defendant: David A. Rednour.
   b. Title: Then, Warden, at the time the Incident Occured.
   c. Employed by: Then, Menard Correctional Center, at the time the Incident Occured.
   d. Mailing address: Then, P.O. Box 1000 Menard, IL 62259.

(1)

Aug 23, 2012   11:42 AM

3.) a. Defendant: Scott.
b. Title: Lieutenant, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

4.) a. Defendant: M.J. Schnicker.
b. Title: Correctional Officer, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

5.) a. Defendant: Langston.
b. Title: Correctional Officer, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

6.) a. Defendant: S. Bethel.
b. Title: Correctional Officer, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

7.) a. Defendant: N. Maue.
b. Title: Correctional Officer, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

8.) a. Defendant: Ross
b. Title: Correctional Officer, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

9.) a. Defendant: John Doe.
b. Title: Correctional Officer, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259.

10.) a. Defendant: M.A. Mifflin.
b. Title: Lieutenant, at the time the Incident Occurred.
c. Employed by: Menard Correctional Center, at the time the Incident Occurred.
d. Mailing address: P.O. Box 1000 Menard, IL 62259

1.) Plaintiff: David Johnson, would like to Advise this Honorable Court, that (he) has no current way at this time, but to list (Defendant #9) as (John Doe), because at the time Plaintiff was in Segregation, and there was many lock-downs, after the Incident had Occurred. Plaintiff: feels the only way (he) can obtain the name of the 4th Correctional Officer listed as (John Doe), who helped Assult Plaintiff, and helped carry Plaintiff to Segregation on 7/22/11, is by this Honorable Court to order the named Defendants to give Plaintiff the names of (all 4 officers) who carried Plaintiff to Segregation on 7/22/11, So that Plaintiff can put the correct name of (John Doe)(Defendant #9) on his Complaint. However, without this order, Plaintiff feels (he) will not obtain the information (he) needs.

2.) Previous Law Suits:
Plaintiff: Has <u>no</u> other Law Suits Pending at this time.

3.) Grievance Procedure:
Plaintiff: Has exhausted <u>all</u> of (his) Administrative Remedies.
Grievance was Denied on <u>all</u> Administrative Levels.
Hereto Attached to Civil Complaint, Find Original Grievance, and Responses.

4.) Statement of Claim:

## Count #1

Plaintiff, States that Defendant, Director, S.A. Godines is responsible for the action of Defendant, <u>Then</u>, Warden, David A. Rednour, <u>Then</u>, Warden David A. Rednour was Responsible for the actions of Lieutenant Scott, who was in charge of (North 2 cellhouse) on 7/22/11, the day/date the Incident Occurred. Lieutenant Scott was Responsible for the actions of Defendants c/o M.J. Schwicker, c/o Langston, c/o S. Bethel c/o N. Maue, c/o Ross, c/o John Doe, whom were <u>all</u> assigned to (North 2 cellhouse) on 7/22/11, the day/date the Incident Occurred. <u>Then</u>, Warden, David A. Rednour, was also responsible for the actions of Lieutenant M.A. Mifflin who was in charge of the Adjustment Committee on 7/26/11, the day/date Plaintiff went to the Adjustment Committee to contest to the (False, and Fabricated) tickets.

(3)

cont'd

On 7/22/11, Plaintiff was written (3)(False) and (Fabricated) tickets. The First ticket was written by C/O M.J. Schnicker, for "304 Insolence," "206 Intimidation or threat," and "403 Disobeying a direct order." This C/O M.J. Schnicker lied, and said that Plaintiff "stopped (him) to tell him to get that fat bitch C/O Langston off the gallery before (I) kill her." On the ticket where it says "witnesses if any" C/O Langston signed (her) name and bage number, (if) C/O Langston was a witness to me calling (her) a "fat bitch", and threating to kill (her), why didn't (she) write the ticket on me instead of C/O M.J. Schnicker?, Also (if) C/O Langston was standing there when (I) supposedly said all those things, Why would (I) stop C/O M.J. Schnicker to say all that, and C/O Langston is supposedly standing right there, (if) C/O Langston was standing there when (I) supposedly said all those things, (I) wouldn't have stopped C/O M.J. Schnicker to say what (I) could've said to C/O Langston's face (if) (she) was standing there. Plaintiff stopped C/O M.J. Schnicker to ask him for a Lt. or Sgt., because C/O Langston would not stop to see what (I) wanted when (I) called out to (her) for help, C/O M.J. Schnicker and C/O Langston was passing out lunch trays when (I) stopped C/O M.J. Schnicker, and asked (him) "Can (I) speak to a Sgt. or Lt.," thats when (he) pointed to C/O Langston, and told (me) "thats your gallery officer right there," thats when (I) told C/O M.J. Schnicker that "(I) do not want to talk to (her)" because (I) tried to stop (her), and tell (her) that (I) needed to speak to a Sgt. or Lt., but (she) kepted on walking pass my cell, and thats when C/O Langston walked off the gallery, and did not come back. And thats when C/O M.J. Schnicker came back to my cell, and asked (me) "What was it that (I) wanted," so (I) told (him) "(I) need to talk to a Sgt. or Lt.," (he) then said "(he) couldn't just go and tell the Sgt. or Lt. that (I) wanted to speak to a Sgt. or Lt." (I) went against my better judgement, and (I) explained why (I) needed to speak to a Sgt. or Lt., so C/O M.J. Schnicker said "Okay he'll go and tell the Sgt. or Lt.," the next thing (I) knew Lt. Scott is at my cell door telling (me) to pack my property," (I) said "For what" (he) Lt. Scott

(4)

said his Insolence, and Intimidating, and threatening, and Disobeying a direct order." (I) asked on who?, Lt. Scott would not say, (he) just told me to pack my property, and walked away. C/O M.J. Schnicker, and C/O Langston, both Conspired, lied, and Falsified Documents. A Violation of Plaintiff's 8th and 14th Amendment Right. See: Exhibit Grievance, See: Ticket written by C/O M.J. Schnicker, See: Summary Report Exhibit.

## Count #3

The Second ticket was written by C/O S. Bethel on 7/22/11, For "601 Attempt", and "102 Assulting any person. C/O S. Bethel stated that "(I) refused to walk, and began pulling away, and "trying to kick" (him) and C/O N. Mane, and minimum force was used to control the situation, Plaintiff was not trying to do anything but walk. On the (False), and (Fabricated) ticket written by C/O S. Bethel (he) stated "that minimum force had to be used", as a result of that so called "minimum use of force" Plaintiff was the <u>only one</u> Assulted, and <u>Suffered Scars</u> on the (Right side of Plaintiff's face), and on the (Top of the Right side) of Plaintiffs (Right Shoulder). See: Ticket Exhibit written by C/O S. Bethel, See: Grievance Exhibit, See: Summary Report Exhibit, See: Medical Incident Report Exhibit. Clearly Falsifying Documents, and a Violation of Plaintiff's 8th and 14th Amendment Right.

## Count #4

The Third ticket was written by C/O N. Mane For "601 Attempt", and "102 Assulting any person. C/O N. Mane stated that Plaintiff "became combative" with (him) and C/O S. Bethel, and that Plaintiff "Attempted to kick" (him) and C/O S. Bethel, and that was controled using minimum means. This ticket that C/O N. Mane wrote is the same exact ticket that C/O S. Bethel wrote, the only difference is C/O N. Mane used the words "Attempt to kick", it's the same. Also, stated in C/O N. Mane's ticket, (he) states "Plaintiff was controled using minimum means/use of force, again-

(5)

(1) Plaintiff was the only one that was (Assulted) with tickets by C/O S. Bethel, and C/O N. Maue clearly shows this, and (I) have the physical scares as proof on my (body). Lt. Scott stood by and watched and said nothing, and did nothing to stop the (Sadistic), (Malicious), and (Vicious) Assult done to Plaintiffs Person/body, by the 4 C/O's, who are named as Defendants in this complaint. Clearly a Conspiracy, and Clearly Falsifying Documents, and a Violation of Plaintiffs 8th and 14th Amendment Right. SEE: Exhibit Ticket written by C/O N. Maue, SEE: Exhibit Grievance, SEE: Exhibit Summery Report, SEE: Exhibit Medical Incident Report.

### Count #5

ON 7/22/11, Lieutenant Scott was the Lieutenant in charge of (North 1 cellhouse), and stood by and watched this (Sadistic), (Malicious), and (Vicious) Assult on Plaintiff by the 4 C/O's named as Defendants in this complaint, C/O S. Bethel, C/O N. Maue, C/O Ross, and C/O John Doe, Lieutenant Scott had the Authority to stop the (Sadistic), (Malicious), and (Vicious) Assult on Plaintiff, but did nothing to stop the Assult on Plaintiff, thus showing (Deliberate Indifference) towards Plaintiff. This Lieutenant Scott also signs (his) name as a witness on C/O S. Bethels' ticket, thus proving that (he) witnessed the Assult on Plaintiff. Clearly a Violation of Plaintiffs 8th and 14th Amendment Right. SEE: Ticket exhibit written by C/O S. Bethel, SEE: Tickets exhibits, SEE: Grievance Exhibit, SEE: Summery Report exhibit, SEE: Medical Incident Report.

### Count #6

ON 7/22/11, After Plaintiff arrived at North 2 Segregation (I) was thrown into a bull pen on the front of 2 gallery, where (I) stayed for about 15 minutes, (I) was then taken up to the infirmary where (I) was seen by a nurse (Misty Thompson) (she) took some gauzes put some water on them, and wipped some of the blood off of the (right side of my face), then put about 7 thin stripps of some kind of adhesives over the (scar), on the (right side of my face),—

(6)

(she) did nothing like the (scar) on my (top right side of my shoulder), - Plaintiff was not given any kind of pain medication, Plaintiff was told by this nurse (Misty Thompson) "that (she) was gonna put (me) in to see the Dr., After that (I) was placed in a cell on 4 gallery, 4-11, where (I) waited to see the Dr., and to this day/date (I) still have <u>not</u> seen a Dr. about my injuries (I) was left on purpose in cell 4-11 for over 30 days, - until my (scars)/wounds had healed, my (scars) are "still visable," on the (right side of my face), and on the (top right side of my shoulder). On 1/31/12 Plaintiff finally got a pass to go to the Health Care Unit to have some X-rays done after over (6 months) of writing sick call requests; because of (pain) and (suffering) from my injuries from the Assault on my person/body, from 7/22/11. - Plaintiff was denied proper medical treatment for his injuries, due to the Assault on Plaintiff that took place on 7/22/11. Clearly (<u>Deliberate</u> <u>Indifference</u>) and a Violation of Plaintiff's 8th, and 14th Amendment Rights. See: Exhibit Grievance, See: Exhibit Medical Incident Report.

<u>Count #7</u>

On 7/26/11, Plaintiff received a pass for the Adjustment Committee, to contest to the (<u>false</u>), and (<u>fabricated</u>) tickets. Once (I) came in front of the Committee, (I) "asked (Lt. M.A. Mifflin) if (he) called my witnesses," (he) said "yes," (I) asked "what did they say" (he) said "my witnesses said they don't know nothing" (If) you look at my Summary Report (M.A. Mifflin, Lt.) stated that (I) did not request any witnesses" (If) you look at my tickets they clearly shows that (I) wrote the names of my witnesses on the bottom of my tickets. When (Lt. M.A. Mifflin) read the first ticket, (he) started with the ticket written by (C/O M.J. Schinckel) then (he) asked Plaintiff how do (he) plea," (I) said "not guilty," and (Lt. M.A. Mifflin) asked Plaintiff if (I) have anything to say" (I) said "yes," As (I) started to explain -

(7)

What happened (before) (I) could of finish (Lt. M.A. Mifflin) had (me) — removed from the Adjustment Committee for NO REASON that (I) can think of. So (I) never got the chance to contest to any of (False), and (Fabricated) tickets. Then when Plaintiff received (his) Summery Report, (he) (Lt. M.A. Mifflin) stated that (I) "Requested No witnesses", and that (I) gave NO exonerating evidence on my behalf. Clearly a Conspiracy, and a Violation of Plaintiff's 14th Amendment Right. — See: All Three ticket's exhibits, See: Summery Report Exhibit, See: Grievance Exhibit.

<u>Count #8</u>

After Plaintiff was brought to Segregation, (I) started writing my grievances — (I) finished on 8/15/11, and (I) sent them into the Grievance Officer, on 8/15/11, (I) put them in the bars/door of my cell of North 2-4-30, to be picked up by the third shift officer, and to be placed in the grievance box at the front of 4 gallery flag on the wall, (8 days) go by, and on (8/23/11), (I) received my (6 page) grievance back from the Grievance Officer (Tracy Gruber Harrington), along with a memo attached to it, informing (me) to (sign), (date), and put my (I.D. number) on my (6 page) grievance, which (I) did, and (I) sent it back to the Grievance Officer on 8/23/11, (3 days) after (I) received my (6 page) grievance back, (I) received my (1 page) grievance back on 8/26/11, along with a memo attached to it informing me to (sign) (date), and put my (I.D number) on my (1 page) grievance, (I) did, and sent it back to the Grievance Officer on 8/26/11 the same day 8/26/11 that (I) received my grievance. 30 days go by, and (I) see the Grievance Officer (Tracy Gruber Harrington) come on 4 gallery, (I) stopped (her), and asked "(her) where is my grievances", and (she) said (she) "never received any grievances from Plaintiff" and that's when (I) pulled out the (#2) memo's (she) sent me attached to my grievances, then (her) memory suddenly comes back, and (she) stated that "my grievances were probably still on (her) desk", and (she) stated that "(she) would take care of it." (I) never saw (her) the Grievance Officer after that day, <u>NOR</u> my (1 page) —

(8)

grievance, and now my (6 page) grievance (clearly a conspiracy, and a violation of my 14th Amendment Right, Plaintiff had to re-write (his) grievance, see: Grievance Exhibit, see: Both memo's Exhibits.

## Count #9

As a result of the grievance officer, and counselor, Plaintiff beleives (they) both conspired, and Destroyed (my) grievance(s), also as a result, Plaintiff had to re-write (his) grievance(s), and Plaintiff sent it in to the A.R.B, because Plaintiff could not trust sending another grievance(s) to the Grievance Officer, or Counselor, because of what happend to (his) first (2) grievance(s), which Plaintiff beleives (he) was not gonna received any kind of Resolution to (his) issues, Regarding the Assault on Plaintiff from day 1. On 9/8/11, a Major Durham came on 4 gallery, (I) stopped (him), because (he) was one of the Major's who signed off on all 3 tickets, (I) showed Major Durham the three (false) and (fabricated) tickets, and explained to (him) my innocence, and showed (him) all three (false) and (fabricated) tickets were written, (he) Major Durham, stated "yeah you're right, all three (false), and (fabricated) tickets has to be thrown out", and then Major Durham asked me "if (I) had wrote a grievance", (I) said "yes" Then Major Durham took all three tickets from me to go and make some kind of call but, before (he) left (he) told (me) to write (him) a letter explaining what happend, (I) did, and (I) never saw or heard from Major Durham after that day. Clearly a Conspiracy, see: Grievance Exhibit, see: all three tickets Exhibits, see: Also letter to Major Durham as Exhibit.

## Count #10

On 10/17/11, Plaintiff sent (his) re-written grievance to the A.R.B. for (his) issues to be resolved, along with a letter explaining why (I) was sending my grievance to the A.R.B, along with all of my evidence, (I) also sent the Director, S.A. Godines a copy of everything that (I) sent to the A.R.B, (I) also

(9)

wrote a letter to the Director, S.A. Godinez. On 11/18/11 (Jackie Miller) of the A.R.B, sent all of my stuff back to Plaintiff, with a <u>memo</u> attached, stating that (I) need counselor's response, grievance officer's response, and the CAO's response to appeal. See: <u>A.R.B's memo, as exhibit</u>

On 11/20/11, Plaintiff sent (his) rewritten grievance to counselor (S. Hill), (she) denied it, stating "it was over the 60 days requirement, and that (I) knew that." See: Grievance Exhibit.

On 12/6/11, Plaintiff sent (his) rewritten grievance officer (Tracy Gruber Harrington) to be resolved, (she) denied it, stating in "Red ink O.T.F." See: Grievance Exhibit.

On 12/14/11, Plaintiff sent (his) rewritten grievance to the A.R.B for its' final stage of Administrative Remedy.

On 3/7/12, Plaintiff received a memo from (Jackie Miller) of the A.R.B attached to (his) grievance, and evidence, stating that "(she) was not gonna respond to Plaintiff's grievance, because it was over the time limit. See: <u>A.R.B's memo as Exhibit</u>, See: Grievance Exhibit. Clearly a Conspiracy, and a Violation of Plaintiff's 14th Amendment Right.

(10)

Request For Relief:

Plaintiff: Is seeking Damages from all Defendants in their Individual Capacity, and in their Official Capacity. Plaintiff: seeks Compensatory, and Nominal, as well as Punitive Damages from all Defendants In their Individual Capacity, and in their Official Capacity. Plaintiff: also seeks Injunctive, Declaratory Relief against all Defendants in their Individual Capacity, and in their Official Capacity.

Jury Demand:

Plaintiff: Demands that this case be tried by a Jury.

Declaration under Federal Rule of Civil Procedure 11.

I Plaintiff the under signed, Certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a), and 11(b) of the Federal Rules of Civil Procedure. (a) nd, The under signed also Reconizes that Failure to Comply with Rule 11(a), and 11(b) may result in Sanctions Monetary, or None Monetary, Pursuant to Federal Rule of Civil Procedure 11(c).

Plaintiff: hereby request this Honorable Court, issue all appropriate services, or notices to all Defendants.

Signed this day of 8/22/, 2012

Darin Norington
Signature of Plaintiff

Signature of Attorney, If any

IN THE
_United States District Court_
_For the Southern District of Illinois_

_David Norington_
Plaintiff,

Vs.

_Illinois Department of Corrections_
Defendant's _Et. al._

Case No. _3:12-cv-00807-GPM_

## NOTICE OF FILING/CERTIFICATE OF SERVICE

TO: _Clerk of Courts_
_United States District_
_Court, Southern District of_
_Illinois, P.O. Box 249 East St._
_Louis, Ill 62201_

TO: _Lisa Madigan_
_Attorney General_
_100 West Randolph_
_Chicago, Ill 60601_

TO: _____

TO: _____

PLEASE TAKE NOTICE that on _____, 20_12_, I have placed the documents listed below in the institutional mail at _Menard_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:
_Amended Complaint_

DATED: _8/22/12_

/s/ _David Norington_
Name: _David Norington_
IDOC#: _B04938_
Address: _P.O. Box 1000_
_Menard Ill_
_62259_

Subscribed and sworn to before me on this _22_ day of _August_, 20_12_

_[signature]_
Notary Public

BRAD E. BRAMLET
OFFICIAL SEAL
Notary Public State of Illinois
My Commission Expires
June 04, 2016