IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID NORINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-807-GPM-DGW |
| ) | |
| LIEUTENANT SCOTT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Discovery filed by Plaintiff, David Norington, on April 30, 2013 (Doc. 63). The Motion is **DENIED WITHOUT PREJUDICE**. Plaintiff seeks four subpoenas and a copy of this Court's Local Rules and the Federal Rules of Civil Procedure. Plaintiff is reminded that discovery in this matter is stayed pending resolution of Defendants' motion for summary judgment on the issue of exhaustion. Plaintiff may not seek discovery until the District Court has issued a ruling on the Report and Recommendation (Doc. 62).

In addition, this Court will not direct to the Clerk's office to issue blank subpoenas. In the future, Plaintiff must indicate to whom the subpoena is directed and how that person or those items requested are relevant to this lawsuit. Finally, this Court will not provide copies to Plaintiff of Rules that should be readily available at the Menard Correctional Center.

**DATED: May 2, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**