IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID NORINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-807-GPM-DGW |
| | ) | |
| LIEUTENANT SCOTT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion for Subpoenas (, the Motion for Leave to Proceed *in forma pauperis*, and the Motion to Appoint Counsel, filed by Plaintiff, David Norington, on July 10, 2013.   The Motion for Subpoenas is **DENIED WITHOUT PREJUDICE**(Doc. 66), the Motion for Leave to Proceed *in forma pauperis* is **DENIED AS MOOT** (Doc. 67), and the Motion to Appoint Counsel is **DENIED** (Doc. 68).

In an Order dated May 9, 2013 (Doc. 65), Plaintiff was informed that discovery will not commence until after the District Court has ruled on the Report and Recommendation.   After such a ruling, Plaintiff may conduct discovery on the merits of this matter.   Plaintiff already is proceeding *in forma pauperis* in this matter.   Finally, for the reasons set forth in this Court's previous Order dated February 20, 2013 (Doc. 50), an attorney will not be recruited in this matter.

**IT IS SO ORDERED.**

**DATED: July 12, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**