In the United States District Court for
the Southern District of Illinois

David Norington-B04938
Plaintiff

-v-

Lieutenant M. Scott
Defendant(s) et. AL.

Case No.# 3:12-CV-00807-GPM-DGW

SCANNED AT MENARD and E-mailed
11-26-13 by BB   4 pages
date      initials  No.

Motion: For Subpoena's, in a Civil Case:

Now comes David Norington-B04938, A Pro-Se Litigant, Plaintiff, in the above action, and states as follow.

1). I David Norington, Pro-Se Litigant, Plaintiff, has brought a Civil-action Complaint against the following defendant's, Lt. M.Scott, c/o R. Ross c/o M.J. Schnicker, c/o M. Langston, c/o S. Bethel, c/o N. Mouse, Lt. M. Mifflin. And in preparing this case for trial, Plaintiff needs to obtain Certified-Subpoena Forms for (my) witnesses to be called to testify on (my)-behalf.

). Subpoena Forms for the following witnesses.

) T. Towns, inmate #B06363, witness, P.O. Box 1000, Menard, Illinois-2259. (witness) can testify to the fact that (I) Plaintiff, David Norington did not say or do the things that c/o M.J. Schnicker said (I) did in s (faulse) &(fabricated), IDR, or ticket, on 7/22/11.

(2). Johnny Cammal, inmate, #B00862 witness, P.O. Box 1000, Menard, Illinois, 62259. (witness) can testify to the fact that (I) Plaintiff, David Norington Did not "say or do the things that C/O M.J. Schnicke said (I) did in his (faulse) & (fabricated), I.D.R, or ticket, on 7/22/11.

(3). Adrian Rucker, inmate, #B62283, witness, P.O. Box 1000, Menard, Illinois 62259. (witness) can testify to the fact that (I) Plaintiff, David Norington Did not "say or do the things that C/O M.J. Schnicker said (I) did in his (faulse) & (fabricated), I.D.R., or ticket, on 7/22/11.

(4). Misty Thompson, Nurse, employed at Menard Correctional Center on 7/22/11. P.O. Box 1000, Menard, Illinois 62259. (witness) can testify that on 7/22/11 that (I) Plaintiff David Norington, was brought up to the N.2 Infirmary with (his) face & shoulder Bloodied.

(5). Dave Johnson, Prison guard, employed at Menard Correctional Center on 7/22/11, P.O. Box 1000, Menard, Illinois 62259. (witness) can testify to the fact that (I) Plaintiff was "carried into or through the front door of North 2 Segregation on 7/22/11 while (he) was Assigned to the double doors of North 2 Segregation.

(2)

(6). Therefore, Plaintiff; David Norington-B04938, NEED (#5) Subpoena-Forms for his witnesses, Plaintiff would like to remind this Court that (he) is a Pro-Se Litigant and NEED these Subpoena Forms as soon as possible!

Wherefore; David Norington-B04938, Pro-Se Litigant Plaintiff prays this Honorable Court will grant the Plaintiff's request for the above-Subpoena Forms for the (#5) named witnesses, to be sent to Plaintiff as soon as possible! This is Plaintiff's 3rd Request for Subpoena Form First Request was filed on 7/9/2013, and on 4/30/13.

Respectfully Submitted
/s/ David Norington
David Norington
#B04938
Menard Correctional Cent.
P.O. Box 1000
Menard, Illinois
62259.

Date,— 11/26/2013

IN THE
United States District Court for
the Southern District of Illinois

David Norington-B04938
Plaintiff,

v.

Case No. 3:12-CV-00802GPM-DGW

Lieutenant M. Scott
Defendant(s) Et. AL.

## PROOF/AFFIDAVIT OF SERVICE

TO: Clerk of Court
United States Dist. Court
750 Missouri Ave:
P.O.Box 249 East St.Louis IL
62202

TO: _____

TO: _____

TO: _____

PLEASE TAKE NOTICE that on 11, 26, 2013, 20 13, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: E-File/E-Mail, for the Southern District of Illinois Clerk of Court. Request for (3) Subpoena forms.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 11/26/2013

/s/ David Norington
NAME: David Norington
IDOC#: B04938
Menard Correctional Center
P.O. BOX 1000
Menard, IL 62259

Notarized by: Subscribed and sworn to before me on the 26th day of November, 2013

Notary Public