IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID NORINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-807-GPM-DGW |
| ) | |
| LIEUTENANT SCOTT, M.J. SCHNICKER, ) C/O LANGSTON, C/O S. BETHEL, N. ) MAUE, C/O ROSS, M.A. MIFFLIN, ) UNKNOWN PARTY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Subpoenas (Doc. 82) filed by Plaintiff, David Norington, on November 26, 2013. Plaintiff seeks subpoenas on five individuals he intends to call as witnesses to testify on his behalf at trial. On September 13, 2013, the District Court entered an order accepting the undersigned's Report and Recommendation denying Defendant's motion for summary judgment on the issue of exhaustion. The Court, on its own motion, extended the dispositive motion deadline to November 2, 2013. Because no dispositive motions have been filed, the Court will recruit counsel for Plaintiff in preparation for trial on this matter. As such, Plaintiff's Motion for Subpoenas is **DENIED WITHOUT PREJUDICE**.

**DATED:** December 6, 2013

                                                                                  **DONALD G. WILKERSON**
                                                                                   **United States Magistrate Judge**